Certificate Number: 17572-PAM-DE-034447885

Bankruptcy Case Number: 20-01361


17572-PAM-DE-034447885

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 12, 2020, at 3:17 o'clock PM PDT, Jerry L Vanorden completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 12, 2020      By: /s/Judy Alexander

                        Name: Judy Alexander

                        Title: Counselor