UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                                      Bankr. Case No. 20-01361-RNO-13

Jerry L. Vanorden                                                               Chapter 13

       Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                        Americredit Financial Services, Inc. dba GM Financial
                        PO Box 183853
                        Arlington, TX  76096

By  /s/  Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Bankr. Case No. 20-01361-RNO-13

Jerry L. Vanorden Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on May 14, 2020 :

| | |
|---|---|
| PHILIP W STOCK<br>706 MONROE ST<br>STROUDSBURG, PA  18360 | Charles J. DeHart III<br>8125 Adams Drive<br>Suite A<br>Hummelstown, PA 17036 |

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx22050 / 1020626