```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                      Case No. 20-01361-RNO
Jerry L. Vanorden                                           Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-5        User: AutoDocke        Page 1 of 1          Date Rcvd: May 19, 2020
                            Form ID: ntcnfhrg     Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2020.
```
db           +Jerry L. Vanorden,    105 Woodland Rd.,   Milford, PA 18337-9063
5322777      +Mr. Cooper,    PO Box 60516,   City of Industry, CA 91716-0516
5322779      +Philip W. Stock, Esquire,    706 Monroe Street,    Stroudsburg, PA 18360-2270
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 20 2020 10:20:43
               PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
5324085      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 19 2020 20:05:08
               Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,
               Arlington, TX 76096-3853
5327592       E-mail/PDF: MerrickBKNotifications@Resurgent.com May 19 2020 20:00:43
               CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
               Greenville, SC 29603-0368
5322775      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 19 2020 20:05:08       GM Financial,
               801 Cherry St., Ste. 3500,   Fort Worth, TX 76102-6854
5323679       E-mail/PDF: resurgentbknotifications@resurgent.com May 19 2020 20:00:16       LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5322778      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us May 19 2020 20:06:19
               PA Dept. of Labor & Industry,   651 Boas St.,    Harrisburg, PA 17121-0725
5322960      +E-mail/PDF: gecsedi@recoverycorp.com May 19 2020 20:00:39        Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5322776*     +Jerry L. Vanorden,    105 Woodland Rd.,   Milford, PA 18337-9063
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              Philip W. Stock    on behalf of Debtor 1 Jerry L. Vanorden pwstock@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jerry L. Vanorden,

**Debtor 1**

Chapter 13

Case No. 5:20−bk−01361−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **June 24, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: July 1, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DeborahGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 19, 2020 |

ntcnfhrg (03/18)