UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JERRY L. VANORDEN          :  CHAPTER 13
          Debtor(s)                 :
                                    :
        CHARLES J. DEHART, III      :
        STANDING CHAPTER 13 TRUSTEE :
          Movant                    :
                                    :
        vs.                         :
                                    :
        JERRY L. VANORDEN           :
          Respondent(s)             :  CASE NO.   5-20-bk-01361


WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

          AND NOW, this   29th   day of October, 2020, comes Charles J. Dehart, III,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about May 20, 2020 be withdrawn, as all issues have been resolved.

                              Respectfully submitted:

                              /s/Charles J. DeHart, III
                              Standing Chapter 13 Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA 17036
                              (717) 566-6097



CERTIFICATE OF SERVICE

          AND NOW, this   29th   day of October, 2020, I hereby certify that I have served
the within Motion by electronically notifying parties or by depositing a true and correct copy of
the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail,
addressed to the following:

Philip Stock, Esquire
706 Monroe Street
Stroudsburg, PA   18360

                              /s/Deborah A. Behney
                              Office of Charles J. DeHart, III
                              Standing Chapter 13 Trustee