In re:                                                Case No. 20-01361-MJC

Jerry L. Vanorden                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                              Page 1 of 2

Date Rcvd: Sep 08, 2023                 Form ID: ordsmiss                            Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jerry L. Vanorden, 105 Woodland Rd., Milford, PA 18337-9063 |
| cr | | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, TX 76096 |
| 5322779 | + | Philip W. Stock, Esquire, 706 Monroe Street, Stroudsburg, PA 18360-2270 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Sep 08 2023 22:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5328691 | | EDI: PHINAMERI.COM | Sep 08 2023 22:58:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5324085 | + | EDI: PHINAMERI.COM | Sep 08 2023 22:58:00 | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 5364711 | + | EDI: PHINAMERI.COM | Sep 08 2023 22:58:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 5337815 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2023 19:11:40 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5327592 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 08 2023 19:11:47 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5322775 | + | EDI: PHINAMERI.COM | Sep 08 2023 22:58:00 | GM Financial, 801 Cherry St., Ste. 3500, Fort Worth, TX 76102-6854 |
| 5323679 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2023 19:11:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5329067 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2023 19:11:39 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 5341111 | + | EDI: AISMIDFIRST | Sep 08 2023 22:58:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5322777 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 08 2023 19:02:00 | Mr. Cooper, PO Box 60516, City of Industry, CA 91716-0516 |
| 5336303 | + | EDI: RECOVERYCORP.COM | Sep 08 2023 22:58:00 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5322778 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Sep 08 2023 19:02:00 | PA Dept. of Labor & Industry, 651 Boas St., Harrisburg, PA 17121-0725 |
| 5322960 | + | EDI: RMSC.COM | Sep 08 2023 22:58:00 | Synchrony Bank, c/o PRA Receivables |

| | | | |
|---|---|---|---|
| 5338267 | EDI: AIS.COM | Sep 08 2023 22:58:00 | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| | | | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 5322776 | *+ | Jerry L. Vanorden, 105 Woodland Rd., Milford, PA 18337-9063 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MIDFIRST BANK bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Philip W. Stock | on behalf of Debtor 1 Jerry L. Vanorden pwstock@ptd.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jerry L. Vanorden,                          Chapter     13

**Debtor 1**

                                         Case No.     5:20−bk−01361−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: September 8, 2023

ordsmiss (05/18)